**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01968-GPG

OLOYEA D. WALLIN, a.k.a. DONALD OLOYEA WALLIN, a.k.a. OLOYEA WALLIN, a.k.a. OLOYEA DONALD WALLIN,

    Applicant,

v.

MICHAEL MILLER, Warden of Crowley County Correctional Facility, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    In response to Respondents' Motion to Clarify, ECF No. 28, the Court requests that the flat file be provided and that Respondents verify before the file is provided to the Court that included in the flat file is (1) the motion for new trial, filed on April 14, 2010; (2) the associated district court order filed on December 9, 2010, disposing of the April 14 motion; (3) the Crim. P. Rule 35(c) motion that applicant filed on November 10, 2010; and (4) the associated district court order filed on April 8, 2011.  If the motions and orders are not included in the flat file other arrangements by Respondents will need to be made to provide the documents.

Dated:  December 31, 2014