IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 134cv-01968-MSK

DONALD OLOYEA WALLIN, a.k.a DONALD OLOYEA WALLIN, a.k.a OLOYEA WALLIN,

        Applicant,

v.

MICHAEL MILLER, Warden of Crowley County Correctional Facility, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

        Respondents.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order Denying Petitioner's Application for a Writ of Habeas Corpus by Chief Judge Marcia S. Krieger (**Doc. #42**) filed on July 21, 2015, it is

ORDERED that:

Petitioner's Petition for Writ of Habeas Corpus **(Doc. #1)** is **DENIED.**

The case is dismissed without prejudice.

The case is closed.

Dated this 21st ay July, 2015.

        ENTERED FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

        s/Patricia Glover
          Deputy Clerk